| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>ROBERT F CONKLIN, SR. | Case No.: 21-12535<br><br>Adv. No.:<br><br>Hearing Date: 10/21/2021<br><br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/13/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ROBERT F CONKLIN, SR.
121 ATHENIA AVENUE
CLIFTON, NJ  07013
Mode of Service:  Regular Mail

Attorney for Debtor(s):
GARY M. DIDIEO
DIDIEO LAW FIRM, LLC
1600 ROUTE 208
PO BOX 660
HAWTHORNE, NJ  07507
Mode of Service:  Regular Mail

Dated:  September 13, 2021

By:  /S/  Jackie Michaels
Jackie Michaels