UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO:  JEANNE NAUGHTON, CLERK

CASE NO.  21-12535
IN RE:   ROBERT F CONKLIN, SR.

## NOTICE OF FUNDS ON HAND IN CASE CONVERTED
## FROM CHAPTER 13 TO CHAPTER 7

Marie-Ann Greenberg, Chapter 13 Standing Trustee is currently holding as of the date of conversion, $1,940.16 on account of debtor(s) Chapter 13 Plan Payments after applicable deduction for fees applied pursuant to 28 U.S.C § 586(e).  The Trustee proposes to disburse these funds on hand in this converted case as is described below.  If any creditor or other party in interest has an objection to the disbursement, the objection and request for a hearing on such objection must be in writing, filed with the Clerk of the United States Bankruptcy Court, and served upon the Chapter 13 Standing Trustee no later than 10/7/2021, which is fourteen (14) days from the date of this notice.

In the event an objection is timely filed a hearing thereon will be held before the Honorable VINCENT F. PAPALIA on 10/21/2021 at 10:00 am at the United States Bankruptcy Court in Newark, NJ, Courtroom Third Floor B.

If no objection is filed the disbursement will be consummated as proposed on the Chapter 13 Standing Trustee's next scheduled disbursement cycle.

The proposed disbursement shall be as follows:

☒   Pursuant to *Harris v. Viegelahn*, 575 U.S. __ (2015) funds on hand representing wages or liquidation of post-petition assets shall be returned to the debtor.

Request for addtional information about the nature of disbursement should be directed to: Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550. Fax 973-227-3272.

Dated:   September 23, 2021

Revised 05/29/2015