| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Michael E. Holt<br>mholt@formanlaw.com |

| | |
|---|---|
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br>                                        Debtor. | Chapter:   7<br><br>Case No.: 21-12535 (VFP)<br><br>Judge:  Hon. Vincent F. Papalia |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Forman Holt, attorneys for Charles M. Forman, Chapter 7 Trustee, hereby enters its appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and demands that all notices and all papers served or required to be served in the above-captioned adversary proceeding be served upon the following:

> Michael E. Holt, Esq.
> Forman Holt
> 365 West Passaic Street, Suite 400
> Rochelle Park, NJ 07662
> Telephone:  (201) 845-1000
> Fax:  (201) 655-6650
> E-mail: mholt@formanlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes all notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without limitation, notices of all orders, pleadings, motions, applications, demands, hearings, complaints,

F0155552 - 1

answers or reply papers, memoranda and briefs in support of any of the above, and all other documents filed or served in the above-captioned matter.

                FORMAN HOLT
                Attorneys for Charles M. Forman,
                Chapter 7 Trustee


        By: */s/ Michael E. Holt*
                Michael E. Holt

Dated: October 29, 2021

F0155552 - 1

## CERTIFICATION OF SERVICE

I certify that on October 29, 2021, I caused the attached Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk, United States Bankruptcy Court, District of New Jersey by ECF and one copy of the aforementioned document by way of first class mail or ECF to those persons listed on the attached service list.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ *Michael E. Holt*
Michael E. Holt

Dated: October 29, 2021

F0155552 - 1

# SERVICE LIST

**Robert F. Conklin, Sr.**
**Case No.: 21-12535 (VFP)**

*Debtor*
Robert F Conklin, Sr.
121 Athenia Avenue
Clifton, NJ 07013
**Via First Class Mail**

*Attorney for Debtor*
Gary M. Didieo
Didieo Law Firm, LLC
1600 Route 208
PO Box 660
Hawthorne, NJ 07507
**Via ECF & First Class Mail**

*U.S. Trustee*
Office of the United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, NJ 07102
**Via ECF & First Class Mail**

*Notice of Appearance*
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
**Attorney for Quicken Loans, LLC**
**Via ECF  & First Class Mail**

F0155552 - 1