UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kimberly J. Salomon, Esq.
ksalomon@formanlaw.com

**Order Filed on November 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ROBERT F. CONKLIN, SR.,

                                Debtor.

Chapter:   7

Case No.: 21-12535 (VFP)

Judge:  Hon. Vincent F. Papalia

# ORDER AUTHORIZING RETENTION
# OF FORMAN HOLT AS ATTORNEYS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 3, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0155234 - 1

Page 2
Debtor:         Robert F. Conklin, Sr.
Case No.        21-12535 (VFP)
Caption:        Order Authorizing Retention of Forman Holt as Attorneys

_____

     Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys, it is hereby ORDERED:

    1.    Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted.  The professional's address is:  365 West Passaic Street, Suite 400

Rochelle Park, NJ 07662

    2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

    3.    If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

    4.    The effective date of the retention is the date the application was filed with the Court.

F0155234 - 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 21-12535-VFP

Robert F Conklin, Sr.                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didideo | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com |
| Michael E. Holt | |

on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com

U.S. Trustee
                                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7