Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−12535−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert F Conklin Sr.
   121 Athenia Avenue
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−3529

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/7/21 at 10:00 AM

to consider and act upon the following:

**44** − Amended Schedule(s) : C, Declaration, filed by Gary M. Didieo on behalf of Robert F Conklin Sr.. (Didieo, Gary) Modified text on 11/8/2021 (lc).

**47** − Response to (related document:44 Amended Schedule(s) : C, Declaration, filed by Gary M. Didieo on behalf of Robert F Conklin Sr.. (Didieo, Gary) Modified text on 11/8/2021 (lc). filed by Debtor Robert F Conklin) filed by Kimberly J. Salomon on behalf of Charles M. Forman. (Attachments: # 1 Certificate of Service) (Salomon, Kimberly)

Dated: 11/10/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court