Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−12535−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert F Conklin Sr.
121 Athenia Avenue
Clifton, NJ 07013

Social Security No.:
xxx−xx−3529

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/7/21 at 10:00 AM

to consider and act upon the following:

*44* − Amended Schedule(s) : C, Declaration, filed by Gary M. Didieo on behalf of Robert F Conklin Sr.. (Didieo, Gary) Modified text on 11/8/2021 (lc).

*47* − Response to (related document:44 Amended Schedule(s) : C, Declaration, filed by Gary M. Didieo on behalf of Robert F Conklin Sr.. (Didieo, Gary) Modified text on 11/8/2021 (lc). filed by Debtor Robert F Conklin) filed by Kimberly J. Salomon on behalf of Charles M. Forman. (Attachments: # 1 Certificate of Service) (Salomon, Kimberly)

Dated: 11/10/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12535-VFP |
| Robert F Conklin, Sr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: ntchrgbk | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: BNC@magtrustee.com | Nov 10 2021 20:38:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2      User: admin      Page 2 of 2
Date Rcvd: Nov 10, 2021      Form ID: ntchrgbk      Total Noticed: 3

Gary M. Didieo
     on behalf of Debtor Robert F Conklin Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com

Kimberly J. Salomon
     on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com

Michael E. Holt
     on behalf of Trustee Charles M. Forman mholt@formanlaw.com kanema@formanlaw.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7