Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−12535−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert F Conklin Sr.
    121 Athenia Avenue
    Clifton, NJ 07013

Social Security No.:
    xxx−xx−3529

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 10, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 49 − 40
Order Granting Application to Employ Keller Williams Village Square Realty as Realtor (Related Doc # 40). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/10/2021. (mcp)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 10, 2021
JAN: mcp

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert F Conklin, Sr.  
    Debtor

Case No. 21-12535-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 10, 2021      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| r | + Keller Williams, Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

**Name**      **Email Address**

Charles M. Forman  
     cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman  
     on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon  
     on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gary M. Didieo  
     on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com

Kimberly J. Salomon  
     on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com

Michael E. Holt

on behalf of Trustee Charles M. Forman mholt@formanlaw.com kanema@formanlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7