| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com |

Order Filed on November 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br>　　　　　　　　　　Debtor. | Chapter: 7<br><br>Case No.: 21-12535 (VFP)<br><br>Judge: Hon. Vincent F. Papalia |

| |
|---|
| Recommended Local Form:　　☒Followed　☐Modified |

**ORDER AUTHORIZING RETENTION OF A. ATKINS APPRAISAL CORPORATION**

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: November 10, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0155917 - 1

Page 2
In re:       Robert F. Conklin, Sr.
Case No.:    21-12535 (VFP)
Caption:     Order Authorizing Retention of A. Atkins Appraisal Corporation as Appraiser

Upon Applicant's request for authorization to retain A. Atkins Appraisal Corporation as appraiser, it is hereby ORDERED:

1. Applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  122 Clinton Road, Suite 2A
   Fairfield, NJ 07004
2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).
3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.
4. The effective date of retention is the date the application was filed with the Court.

F0155917 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12535-VFP |
| Robert F Conklin, Sr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

**Recip ID      Recipient Name and Address**
db        + Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

**Name        Email Address**

Charles M. Forman
     cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
     on behalf of Trustee Charles M. Forman cforman@formanlaw.com
     lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon
     on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gary M. Didieo
     on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com

Kimberly J. Salomon
     on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com

Michael E. Holt

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Trustee Charles M. Forman mholt@formanlaw.com kanema@formanlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7