| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, New Jersey 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Michael E. Holt, Esq.<br>Kimberly J. Salomon, Esq.<br>mholt@formanlaw.com<br>ksalomon@formanlaw.com | |
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br><br>                    Debtor. | Chapter:   7<br><br>Case No.:  21-12535 (VFP) |
| CHARLES M. FORMAN, in his capacity as Chapter 7 Trustee of Robert F. Conklin, Sr.,<br><br>                    Plaintiff,<br>v.<br><br>JOYCE R. CONKLIN,<br><br>                    Defendant. | Adv. Pro. No. 21-01483 (VFP) |

## CERTIFICATION AND AGREEMENT BY TRUSTEE TO PAY FILING FEE

Charles M. Forman, the trustee in this matter states as follows:

1. I am the duly qualified and acting trustee.

2. I filed the Complaint to Sell Property Free and Clear of Co-Owners Interest in the above-captioned matter without paying the required fee.

3. I agree, in my capacity as trustee, to pay the required filing fee.

F0158574 - 1

4. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Charles M. Forman*        Charles M. Forman
Trustee (Signature)            Typed Name of Trustee

Dated: November 22, 2021

NOTICE TO TRUSTEE

The filing fee for the captioned adversary proceeding filed on November 17, 2021 is $_____

(Deputy Clerk)