| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on December 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br>       Debtor. | Chapter:   7<br><br>Case No.: 21-12535 (VFP)<br><br>Judge:  Hon. Vincent F. Papalia |

## ORDER AMENDING DEBTOR'S SCHEDULE C

The relief set forth on the following page, numbered two (2), be and hereby is **ORDERED.**

**DATED: December 8, 2021**

                _____
                **Honorable Vincent F. Papalia
                United States Bankruptcy Judge**

F0158974 - 1

Page (2)
Debtor:     Robert F. Conklin, Sr.
Case No.:   21-12535 (VFP)
Caption:    Order Amending Debtor's Schedule C

---

**THIS MATTER**, having been brought before this Court upon the Amendment to Schedule C filed by Robert F. Conklin, Sr. (the "Debtor"), and the Response to Amendment to Schedule C filed by Charles M. Forman, the chapter 7 trustee (the "Trustee") for the Debtor, and the Court having considered the pleadings filed, and the objections thereto, if any, and for good cause shown, it is hereby

**ORDERED** that the Debtor's Amendment to Schedule C [Doc. No. 44] be and hereby is approved; and it is further

**ORDERED** that the Debtor's exemption in his interest in real property located at 121 Athenia Avenue, Clifton, New Jersey, be and hereby is fixed and allowed in the amount of $12,575 pursuant to 11 U.S.C. §522(d)(1); and it is further

**ORDERED** that the Debtor's exemption in his vehicle, a 2018 GMC Terrain (the "Vehicle"), be and hereby is fixed and allowed in the amount of $4,000 pursuant to 11 U.S.C. §522(d)(2) and $13,864.50 pursuant to 11 U.S.C. §522(d)(5), for a total exemption of $17,864.50 in the Vehicle.

F0158974 - 1