UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> ROBERT F. CONKLIN, SR. | Case No.: 21-12535 (VFP) <br> Chapter: 7 <br> Judge: Hon. Vincent F. Papalia |

### NOTICE OF PROPOSED PRIVATE SALE

Charles M. Forman, Chapter 7 Trustee, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: United States Bankruptcy Court
District of New Jersey
P.O. Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on January 4, 2022 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3B, 50 Walnut Street, Newark, New Jersey 07102. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 2018 GMC Terrain 4X4 Denali 4-door SUV
VIN: 3GKALXEX2JL192105

Proposed Purchaser: Paul Ritter

Sale price: $29,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:      Michael E. Holt, Esq.

Address:      Forman Holt, 360 West Passaic Street, Suite 400, Rochelle Park, NJ 07652

Telephone No.:      (201) 845-1000

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Robert F Conklin, Sr.  
    Debtor

Case No. 21-12535-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 08, 2021      Form ID: pdf905      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Keller Williams, Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| 519165357 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519150886 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519150887 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519160929 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519163752 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519150890 | + | Bk Of Amer, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519211003 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 519150892 | + | City of Clifton, 900 Clifton Avenue, Clifton, NJ 07013-2708 |
| 519150895 | + | Dnf Assoc, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 519192401 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519150901 | + | Lyons Doughty Veldhuis, 136 Gaither Drive, suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519150902 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519150903 | | Nationwide Credit, PO Box 15130, Wilmington, DE 19850-5130 |
| 519195497 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519313251 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519154993 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519150907 | + | Zwicker and Associates, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Dec 08 2021 20:50:00 | A.Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| intp | | Email/Text: BNC@magtrustee.com | Dec 08 2021 20:50:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| 519150891 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2021 21:03:42 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519150893 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2021 20:50:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 519157119 | | Email/Text: mrdiscen@discover.com | Dec 08 2021 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519150894 | + | Email/Text: mrdiscen@discover.com | Dec 08 2021 20:49:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 519150896 | | Email/Text: reports@halstedfinancial.com | Dec 08 2021 20:49:00 | Halsted, PO Box 828, Skokie, IL 60076 |
| 519150897 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2021 20:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519150898 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2021 21:03:42 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519169329 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 21:03:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519150899 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 21:03:43 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519224030 | | Email/Text: bnc-quantum@quantum3group.com | Dec 08 2021 20:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519150905 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 08 2021 20:50:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519150904 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 08 2021 20:50:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519150906 | | Email/Text: bankruptcy@td.com | Dec 08 2021 20:50:00 | Td Bank N.a., P.O. Box 84037, Columbus, GA 31908-4037 |
| 519226369 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 08 2021 21:03:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519150888 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519150889 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519150900 | * | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 08, 2021 | Form ID: pdf905 | Total Noticed: 38

**below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didieo | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com |
| Michael E. Holt | on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com |
| Michael E. Holt | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10