| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on December 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br>                    Debtor. | Chapter:   7<br><br>Case No.: 21-12535 (VFP)<br><br>Judge:  Hon. Vincent F. Papalia |

## ORDER AMENDING DEBTOR'S SCHEDULE C

The relief set forth on the following page, numbered two (2), be and hereby is **ORDERED.**

**DATED: December 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0158974 - 1

Page (2)
Debtor:     Robert F. Conklin, Sr.
Case No.:   21-12535 (VFP)
Caption:    Order Amending Debtor's Schedule C

---

**THIS MATTER**, having been brought before this Court upon the Amendment to Schedule C filed by Robert F. Conklin, Sr. (the "Debtor"), and the Response to Amendment to Schedule C filed by Charles M. Forman, the chapter 7 trustee (the "Trustee") for the Debtor, and the Court having considered the pleadings filed, and the objections thereto, if any, and for good cause shown, it is hereby

**ORDERED** that the Debtor's Amendment to Schedule C [Doc. No. 44] be and hereby is approved; and it is further

**ORDERED** that the Debtor's exemption in his interest in real property located at 121 Athenia Avenue, Clifton, New Jersey, be and hereby is fixed and allowed in the amount of $12,575 pursuant to 11 U.S.C. §522(d)(1); and it is further

**ORDERED** that the Debtor's exemption in his vehicle, a 2018 GMC Terrain (the "Vehicle"), be and hereby is fixed and allowed in the amount of $4,000 pursuant to 11 U.S.C. §522(d)(2) and $13,864.50 pursuant to 11 U.S.C. §522(d)(5), for a total exemption of $17,864.50 in the Vehicle.

F0158974 - 1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-12535-VFP

Robert F Conklin, Sr.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didieo | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com |
| Kimberly J. Salomon | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 09, 2021 | Form ID: pdf903 | Total Noticed: 1

        on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com

Michael E. Holt
        on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
        on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com

Robert J. Schneider
        on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10