| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert F Conklin Sr. | Social Security number or ITIN   xxx–xx–3529 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–12535–VFP | |

# Order of Discharge                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert F Conklin Sr.

12/17/21                                                      **By the court:**   Vincent F. Papalia
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Robert F Conklin, Sr.  
      Debtor

Case No. 21-12535-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 17, 2021      Form ID: 318      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Keller Williams, Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| 519165357 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519163752 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519211003 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 519150892 | + | City of Clifton, 900 Clifton Avenue, Clifton, NJ 07013-2708 |
| 519150895 | + | Dnf Assoc, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 519192401 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519150901 | + | Lyons Doughty Veldhuis, 136 Gaither Drive, suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519150902 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519150903 | | Nationwide Credit, PO Box 15130, Wilmington, DE 19850-5130 |
| 519313251 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519154993 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519150907 | + | Zwicker and Associates, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: charles.forman@txitrustee.com | Dec 17 2021 20:35:00 | Charles M. Forman, Forman Holt, 365 West Passaic St., Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Dec 17 2021 20:36:00 | A.Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| intp | | Email/Text: BNC@magtrustee.com | Dec 17 2021 20:36:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| 519150886 | + | EDI: AMEREXPR.COM | Dec 18 2021 01:33:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519150887 | | EDI: BANKAMER.COM | Dec 18 2021 01:33:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519160929 | | EDI: BANKAMER.COM | Dec 18 2021 01:33:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519150890 | + | EDI: BANKAMER.COM | Dec 18 2021 01:33:00 | Bk Of Amer, 4909 Savarese Circle, Tampa, FL 33634-2413 |

Case 21-12535-VFP    Doc 68    Filed 12/19/21    Entered 12/20/21 00:15:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: 318 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 519150891 | + | EDI: CAPITALONE.COM | Dec 18 2021 01:33:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519150893 | + | EDI: WFNNB.COM | Dec 18 2021 01:33:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 519157119 | | EDI: DISCOVER.COM | Dec 18 2021 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519150894 | + | EDI: DISCOVER.COM | Dec 18 2021 01:33:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 519150896 | | Email/Text: reports@halstedfinancial.com | Dec 17 2021 20:35:00 | Halsted, PO Box 828, Skokie, IL 60076 |
| 519150897 | + | EDI: IRS.COM | Dec 18 2021 01:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519150898 | | EDI: JPMORGANCHASE | Dec 18 2021 01:33:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519169329 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2021 20:44:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519150899 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2021 20:44:16 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519224030 | | EDI: Q3G.COM | Dec 18 2021 01:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519150905 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 17 2021 20:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519195497 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 17 2021 20:36:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519150904 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 17 2021 20:35:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519150906 | | EDI: TDBANKNORTH.COM | Dec 18 2021 01:33:00 | Td Bank N.a., P.O. Box 84037, Columbus, GA 31908-4037 |
| 519226369 | + | EDI: AIS.COM | Dec 18 2021 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Charles M. Forman, Forman Holt, 365 West Passaic St., Suite 400, Rochelle Park, NJ 07662-3005 |
| 519150888 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519150889 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519150900 | * | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 21-12535-VFP    Doc 68    Filed 12/19/21    Entered 12/20/21 00:15:59    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: 318 | Total Noticed: 39 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didieo | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com |
| Michael E. Holt | on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com |
| Michael E. Holt | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10