| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com | |
| In Re:<br><br>ROBERT F. CONKLIN, SR.<br><br>Debtor. | Case No.:   21-12535<br><br>Chapter:   7<br><br>Judge:  Hon. Vincent F. Papali |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter:   Motion to Authorize Sale of Vehicle and for Turnover of Title and Keys [Doc. No. 61]

Date: December 22, 2021            */s/ Michael E. Holt*
                                                        Michael E. Holt

F0161022 - 1