UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERESY

In Re:  
ROBERT F. CONKLIN, SR.,

Debtor.

Case No.: 21-12535 (VFP)  
Chapter 7

Judge: Hon. Vincent F. Papalia

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Charles M. Forman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the person named below not later 7 days before the hearing date.

| |
|---|
| Address of the Clerk of the Court:  United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on February 1, 2022, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B, United States Bankruptcy Court (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed, the clerk will enter a Certification of No Objection and the settlement may be completed as proposed.

| |
|---|
| Nature of the Action:  The Trustee seeks to sell the estate's interest in the Debtor's 2018 GMC Terrain 4x4 Denali 4-door SUV (the "Vehicle") to the Debtor. |

| |
|---|
| Pertinent Terms of Settlement: Debtor shall purchase the estate's equity in the Vehicle for the sum of $11,000 which shall be paid by an in kind $11,000 reduction of the Debtor's claimed homestead exemption in real property located at 121 Athenia Avenue, Clifton, New Jersey (the Property"). Upon the entry of an Order approving the Settlement Agreement, the Debtor's exemption in the Property under 11 U.S.C. §522(d)(1) shall be reduced to $1,575. The Trustee will issue a Bill of Sale to the Debtor for the purchase of the estate's interest in the Vehicle when the Property is sold and $11,000 is paid to the Trustee from the proceeds of sale. Until that time, the Debtor shall maintain appropriate liability, collision and other insurance for the Vehicle and name the Trustee as an additional insured or loss payee. |

Objections must be served on, and requests for additional information directed to:

Name:              Kimberly J. Salomon, Esq., Forman Holt  
Address:           365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662  
Telephone No.:     (201) 845-1000

F0160919 - 1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-12535-VFP

Robert F Conklin, Sr.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 05, 2022 | Form ID: pdf905 | Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Keller Williams, Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| 519165357 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519150886 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519150887 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519160929 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519163752 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519150890 | + | Bk Of Amer, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519211003 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 519150892 | + | City of Clifton, 900 Clifton Avenue, Clifton, NJ 07013-2708 |
| 519150895 | + | Dnf Assoc, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 519192401 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519150901 | + | Lyons Doughty Veldhuis, 136 Gaither Drive, suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519150902 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519150903 | | Nationwide Credit, PO Box 15130, Wilmington, DE 19850-5130 |
| 519313251 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519154993 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519150907 | + | Zwicker and Associates, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jan 05 2022 20:31:00 | A.Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| intp | | Email/Text: BNC@magtrustee.com | Jan 05 2022 20:31:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| 519150891 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2022 20:35:52 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519150893 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 519157119 | | Email/Text: mrdiscen@discover.com | Jan 05 2022 20:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519150894 | + | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 05 2022 20:30:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 519150896 | | Email/Text: reports@halstedfinancial.com | Jan 05 2022 20:30:00 | Halsted, PO Box 828, Skokie, IL 60076 |
| 519150897 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2022 20:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519150898 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2022 20:35:37 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519169329 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 20:35:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519150899 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 20:35:41 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519224030 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 20:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519150905 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 05 2022 20:31:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519195497 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 05 2022 20:31:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519150904 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 05 2022 20:30:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519150906 | | Email/Text: bankruptcy@td.com | Jan 05 2022 20:31:00 | Td Bank N.a., P.O. Box 84037, Columbus, GA 31908-4037 |
| 519226369 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 20:35:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519150888 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519150889 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519150900 | * | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022    Signature:    /s/Joseph Speetjens

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf905 | Total Noticed: 38 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didieo | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com |
| Michael E. Holt | on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com |
| Michael E. Holt | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10