Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−12535−VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert F Conklin Sr.
    121 Athenia Avenue
    Clifton, NJ 07013

Social Security No.:
    xxx−xx−3529

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I _Lucinda Chapman_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

2018 GMC Terrain 4X4 Denali.

Dated: January 27, 2022
JAN: lc

                        Jeanne Naughton
                        Clerk