

Order Filed on February 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br><br>                      Debtor. | Case No.: 21-12535 (VFP)<br><br>Chapter: 7<br><br>Judge: Hon. Vincent F. Papalia |

**ORDER APPROVING A SETTLEMENT PURSUANT
TO FED. R. BANKR. P. 9019 BETWEEN THE TRUSTEE AND DEBTOR**

      The relief set forth in the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: February 1, 2022**

                                                                    _____
                                                              **Honorable Vincent F. Papalia
                                                               United States Bankruptcy Judge**

F0160924 - 1

Page (2)
Debtor: Robert F. Conklin, Sr.
Case No.: 21-12535 (VFP)
Caption: Order Approving Settlement Pursuant to Fed. R. Bankr. P. 9019 Between the Trustee and the Debtor

**THIS MATTER,** having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for Robert F. Conklin, Sr. (the "Debtor"), through his attorneys, Forman Holt, for the entry of an order approving his settlement pursuant Fed. R. Bankr. P. 9019(a) with the Debtor; and the court having considered the pleadings submitted and the arguments of counsel; and it appearing that good and sufficient notice of the proposed settlement having been provided to the Office of the United States Trustee, all creditors and other parties-in-interest; and for good cause shown; it is

**ORDERED AS FOLLOWS:**

1. The Motion Approving Settlement Pursuant to Fed. R. Bankr. P. 9019 Between the Trustee and the Debtor is granted.

2. The Settlement Agreement between the Trustee and the Debtor attached as Exhibit A to the Trustee's Certification in Support of Motion to Approve Settlement is approved.

F0160924 - 1