Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  21−12535−VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert F Conklin Sr.
   121 Athenia Avenue
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−3529

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

   I  Lucinda Chapman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Debtor to purchase the estate's equity in Debtor's 2018 GMC Terrain 4x4 Denali


Dated: February 3, 2022
JAN: lc

                                                                Jeanne Naughton
                                                                Clerk