

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

Order Filed on March 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT F. CONKLIN, SR.,

Debtor.

Case No.: 21-12535

Judge: VFP

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 9, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)

Debtor: ROBERT F. CONKLIN, SR.

Case No.: 21-12535/VFP

Caption of Order: Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 375.00 | |