UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

Order Filed on March 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT F. CONKLIN, SR.,

                                        Debtor.

Case No.: 21-12535

Judge: VFP

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 9, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | ROBERT F. CONKLIN, SR. |
| Case No.: | 21-12535/VFP |
| Caption of Order: | Order Granting Allowances |

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 375.00 | |

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 21-12535-VFP |
|---|---|
| Robert F Conklin, Sr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | |
| | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | |
| | on behalf of Trustee Charles M. Forman cforman@formanlaw.com |
| | lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | |
| | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didieo | |
| | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | |
| | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com |
| Kimberly J. Salomon | |

District/off: 0312-2                           User: admin                                    Page 2 of 2

Date Rcvd: Mar 09, 2022                        Form ID: pdf903                                Total Noticed: 1

                              on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com

Michael E. Holt
                              on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
                              on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com

Robert J. Schneider
                              on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10