| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br>　　　　　　　　　　　Debtor. | Chapter: 7<br><br>Case No.: 21-12535 (VFP)<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date: July 12, 2022<br>Hearing Time: 10:00 a.m. |

## CERTIFICATION OF SERVICE

1. I, Kathryn Anema,

　　☐ represent the_____ in the above-captioned matter.

　　☒ am the secretary/paralegal for Forman Holt who represents Charles M. Forman, the chapter 7 Trustee in the above captioned matter.

　　☐ am the _____ in the above case and am representing myself.

2. On June 24, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Order Shortening Time Period for Notice, Setting Hearing and Modifying Notice entered on June 23, 2022 by the Honorable Vincent F. Papalia
- Notice of Motion for Entry of an Order (1) Authorizing the Sale of Real Property; (2) Directing Occupants to Vacate Property; (3) Authorizing Payment of Commissions to Real Estate Agents; (4) Authorizing Payment to Quicken Loans on Account of its Secured Claim; and (5) Authorizing Payment of Co-Owners Interest and Related Closing Costs
- Certification of Charles M. Forman in Support of Trustee's Motion

F0172649 - 1

- Memorandum of Law in Support of Motion
- Proposed form of Order
- Application for Order Shortening Time

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 24, 2022    /s/ Kathryn Anema
                        Kathryn Anema

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>Attn: Robert Schneider<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert F Conklin, Sr.<br>121 Athenia Avenue<br>Clifton, NJ 07013 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gary M. Didieo<br>Didieo Law Firm, LLC<br>1600 Route 208<br>PO Box 660<br>Hawthorne, NJ 07507<br>gmd@didieolaw.com | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joyce Conklin<br>121 Athenia Avenue<br>Clifton, NJ 07013 | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0172649 - 1

| Carlos & Cristina Fernandez<br>779 E. 24th Street<br>Paterson, NJ 07504 | Buyer | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| Jose Torres, Esq.<br>Torres Legal<br>129 Prospect Street<br>Passaic, NJ 07055<br>jrt@torreslegal.com | Buyer's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Attorneys for Quicken Loans, LLC - Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Keller Williams<br>Attn: Meaghan Tuohey<br>74 Godwin Avenue<br>Ridgewood, NJ 07450<br>meaghan@kw.com | Real Estate Broker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Coldwell Banker Realty<br>Attn: Susan Mora<br>789 Clifton Ave<br>Clifton, NJ 07013<br>sgmora@yahoo.com | Real Estate Broker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National Bank<br>c/o Zwicker and Associates, PC<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0172649 - 1

| Creditor Address | Role | Delivery |
|---|---|---|
| Bank of America, N.A.<br>P.O. Box 982238<br>El Paso. TX 79998-2238<br><br>Bank of America<br>P.O. Box 982284<br>El Paso, TX 79998-2284<br><br>Bank of America<br>P.O. Box 31785<br>Tampa, FL 33631-3785<br><br>Bank of America<br>4909 Savarese Circle<br>Tampa, FL 33634-2413<br><br>Bank of America, N.A.<br>Attn: Danette Murrell, AVP<br>16001 N. Dallas Parkway<br>Addison, TX 75001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brickhouse OpCo I LLC<br>4053 Maple Road, Suite 122<br>Amherst, NY 14226-1058 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank USA<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of Clifton<br>900 Clifton Avenue<br>Clifton, NJ 07013 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0172649 - 1

| | | |
|---|---|---|
| Comenity/bjsclub<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank<br>Discover Products, Inc.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial Services<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DNF Associates<br>2351 N. Forest Road, Suite 110<br>Getzville, NY 14068-9902 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Halstead Financial Services LLC<br>P.O. Box 828<br>Skokie IL 60076-0828 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0172649 - 1

| | | |
|---|---|---|
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Notice Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 22004 | Notice Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JP Morgan Chase Bank NA<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001-9013 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587<br><br>Overnight Address:<br>55 Beattie Place, Suite 110<br>Greenville, SC 29601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lyons Doughty Veldhuis<br>136 Gaither Drive, Suite 100<br>P.O. Box 1269<br>Mount Laurel, NJ 08054-7269 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MRS BPO LLC<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0172649 - 1

| | | |
|---|---|---|
| Nationwide Credit<br>P.O. Box 15130<br>Wilmington, DE 19850-5130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>Bankruptcy Unit<br>3 John Fitch Way, 5th Floor<br>P.O. Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of Attorney General<br>State of New Jersey<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625 | Notice Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum 3 Group LLC as agent for Comenity Capital Bank<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank North NA<br>70 Gray Road<br>Falmouth, ME 04105-2299<br><br>TD Bank, N.A.<br>P.O. Box 1931<br>Burlingame, CA 94011-1931 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon<br>By American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0172649 - 1

| Orthopedic Spine & Sports Medicine Center<br>2 Forest Avenue<br>Paramus, NJ 07652 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| Pressler & Pressler<br>16 Wing Drive, 2nd Floor<br>Cedar Knolls, NJ 07927 | Attorney for Creditor - Orthopedic Spine & Sports Medicine Center | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James A. Mayer, Esq.<br>223 Old Hook Road<br>P.O. Box 35<br>Westwood, NJ 07675 | Attorney for Creditor – Generation Waste Services Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0172649 - 1