

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845- 1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com | **Order Filed on September 16, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ROBERT F. CONLKLIN, SR.,<br><br>                        Debtor. | Chapter 7<br><br>Case No.: 21-12535 (VFP)<br><br>Judge: Hon. Vincent F. Papalia |

### ORDER AUTHORIZING RETENTION OF
### MD ADVISORY SERVICES AS ACCOUNTANTS

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: September 16, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0177826 - 1

Page 2
Debtor: Robert F. Conklin, Sr.
Case No. 21-12535 (VFP)
Caption: Order Authorizing Retention of MD Advisory Services as Accountants

Upon the applicant's request for authorization to retain MD Advisory Services as accountants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:    800 Denow Road, Suite C342
   Pennington, NJ 08534
2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).
3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.
4. The effective date of retention is the date the application was filed with the court.