| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com | **Order Filed on September 16, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>ROBERT F. CONLKLIN, SR.,<br><br>                                Debtor. | Chapter 7<br><br>Case No.: 21-12535 (VFP)<br><br>Judge: Hon. Vincent F. Papalia |

**ORDER AUTHORIZING RETENTION OF**
**MD ADVISORY SERVICES AS ACCOUNTANTS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: September 16, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0177826 - 1

Page 2
Debtor:     Robert F. Conklin, Sr.
Case No.    21-12535 (VFP)
Caption:    Order Authorizing Retention of MD Advisory Services as Accountants

Upon the applicant's request for authorization to retain MD Advisory Services as accountants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:    800 Denow Road, Suite C342
   Pennington, NJ 08534

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the court.

F0177826 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12535-VFP |
| Robert F Conklin, Sr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didieo | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | |

on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com

Kimberly J. Salomon

on behalf of Plaintiff Charles M. Forman Chapter 7 Trustee ksalomon@formanlaw.com

Michael E. Holt

on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Plaintiff Charles M. Forman Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com

Robert J. Schneider

on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10