Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−12535−VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert F Conklin Sr.
   121 Athenia Avenue
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−3529

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       3/21/23
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Formanlaw LLC d/b/a Forman Holt, Trustee's Attorney,
period: 10/25/2021 to 2/14/2023

COMMISSION OR FEES
$61,370.00

EXPENSES
$3,632.48.

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 17, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 21-12535-VFP    Doc 96    Filed 02/19/23    Entered 02/20/23 00:13:27    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court
District of New Jersey

In re:  
Robert F Conklin, Sr.  
    Debtor

Case No. 21-12535-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 17, 2023      Form ID: 137      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Keller Williams, Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| acc | + | MD Advisory Services, 800 Denow Road, Suite C342, Pennington, NJ 08534-5246 |
| 519150892 | + | City of Clifton, 900 Clifton Avenue, Clifton, NJ 07013-2708 |
| 519313251 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519154993 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Feb 17 2023 20:41:00 | A.Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| intp | | Email/Text: BNC@magtrustee.com | Feb 17 2023 20:42:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| 519165357 | + | Email/Text: bkfilings@zwickerpc.com | Feb 17 2023 20:42:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519150886 | + | Email/PDF: bncnotices@becket-lee.com | Feb 17 2023 20:45:27 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519150887 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 17 2023 20:41:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519163752 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 17 2023 20:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519160929 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 17 2023 20:41:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519150890 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 17 2023 20:41:00 | Bk Of Amer, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519211003 | + | Email/Text: alexis@multisourcellc.com | Feb 17 2023 20:41:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 519150891 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2023 11:43:40 | Capital One Bank Usa N, Po Box 31293, Salt Lake |

Case 21-12535-VFP    Doc 96    Filed 02/19/23    Entered 02/20/23 00:13:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 137 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | City, UT 84131-0293 |
| 519150893 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 17 2023 20:41:00 | | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 519157119 | | Email/Text: mrdiscen@discover.com Feb 17 2023 20:41:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519150894 | + | Email/Text: mrdiscen@discover.com Feb 17 2023 20:41:00 | | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 519150895 | + | Email/Text: alexis@multisourcellc.com Feb 17 2023 20:41:00 | | Dnf Assoc, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 519150896 | | Email/Text: reports@halstedfinancial.com Feb 17 2023 20:41:00 | | Halsted, PO Box 828, Skokie, IL 60076 |
| 519150897 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Feb 17 2023 20:41:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519150898 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 17 2023 20:45:07 | | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519192401 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Feb 17 2023 20:41:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519169329 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 17 2023 20:45:18 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519150899 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 17 2023 20:45:11 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519150901 | + | Email/Text: BKNotice@ldvlaw.com Feb 17 2023 20:41:00 | | Lyons Doughty Veldhuis, 136 Gaither Drive, suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519150902 | ^ | MEBN Feb 17 2023 20:39:23 | | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519150903 | | Email/Text: bankruptcydepartment@tsico.com Feb 17 2023 20:42:00 | | Nationwide Credit, PO Box 15130, Wilmington, DE 19850-5130 |
| 519224030 | | Email/Text: bnc-quantum@quantum3group.com Feb 17 2023 20:41:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519150905 | + | Email/Text: bankruptcyteam@quickenloans.com Feb 17 2023 20:42:00 | | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519195497 | + | Email/Text: bankruptcyteam@quickenloans.com Feb 17 2023 20:42:00 | | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519150904 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Feb 17 2023 20:41:00 | | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519150906 | | Email/Text: bankruptcy@td.com Feb 17 2023 20:42:00 | | Td Bank N.a., P.O. Box 84037, Columbus, GA 31908-4037 |
| 519226369 | + | Email/PDF: ebn_ais@aisinfo.com Feb 17 2023 20:45:18 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519150907 | + | Email/Text: bkfilings@zwickerpc.com Feb 17 2023 20:42:00 | | Zwicker and Associates, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519150888 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519150889 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |

519150900    *        Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Charles M. Forman
cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
on behalf of Trustee Charles M. Forman cforman@formanlaw.com
lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon
on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gary M. Didieo
on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com

Kimberly J. Salomon
on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com

Michael E. Holt
on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com

Robert J. Schneider
on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10