| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| FORMAN HOLT<br>365 Passaic Street, Suite 400<br>Rochelle Park, NJ  07662<br>Telephone: (201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on March 9, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br><br>                              Debtor. | Chapter:   7<br><br>Case No.: 21-12535 (VFP)<br><br>Judge:  Hon. Vincent F. Papalia |

## ORDER GRANTING FIRST AND FINAL COMPENSATION TO
## MD ADVISORY SERVICES, ACCOUNTANTS FOR TRUSTEE

The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED**.

**DATED: March 9, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

F0187200 - 1

Page (2)
Debtor:     Robert F. Conklin, Sr.
Case No.:   21-12535 (VFP)
Caption:    Order Granting First and Final Compensation to MD Advisory Services, Accountants for Trustee

**THIS MATTER** having been opened to the Court upon the Application of MD Advisory Services for first and final compensation, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. MD Advisory Services, be and hereby is awarded first and final compensation for services rendered in the amount of $ 8,143.50    .

2. The Trustee be and hereby is authorized to pay the amounts awarded hereunder upon entry of this order.

F0187200 - 1