| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com | <br>Order Filed on March 22, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br>                    Debtor. | Chapter: 7<br><br>Case No.: 21-12535 (VFP)<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date: March 21, 2023<br>Hearing Time: 2:00 p.m. |

## ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ATTORNEYS FOR <u>CHARLES M. FORMAN, CHAPTER 7 TRUSTEE</u>

The relief set forth on the following page numbered two is hereby **ORDERED**.

**DATED: March 22, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0188134 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | Robert F. Conklin, Sr. |
| Case No: | 21-12535 (VFP) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for first and final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt be and hereby is awarded final compensation for services rendered in the amount of $61,370.00 and reimbursement of expenses in the amount of $3,632.48.