UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Michael E. Holt, Esq.
mholt@formanlaw.com

**Order Filed on March 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ROBERT F. CONKLIN, SR.,

                Debtor.

Chapter: 7

Case No.: 21-12535 (VFP)

Judge: Hon. Vincent F. Papalia

Hearing Date: March 21, 2023
Hearing Time: 2:00 p.m.

# ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ATTORNEYS FOR <u>CHARLES M. FORMAN, CHAPTER 7 TRUSTEE</u>

The relief set forth on the following page numbered two is hereby **ORDERED**.

**DATED: March 22, 2023**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

F0188134 - 1

**(Page 2)**

Debtor: Robert F. Conklin, Sr.
Case No: 21-12535 (VFP)
Caption of Order: Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Charles M. Forman, Chapter 7 Trustee

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for first and final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt be and hereby is awarded final compensation for services rendered in the amount of $61,370.00 and reimbursement of expenses in the amount of $3,632.48.

F0188134 - 1

United States Bankruptcy Court

District of New Jersey

In re:  
Robert F Conklin, Sr.  
    Debtor

Case No. 21-12535-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Mar 23, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didieo | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 23, 2023 | Form ID: pdf903 | Total Noticed: 1 |

        on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
        on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com

Michael E. Holt
        on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
        on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com

Robert J. Schneider
        on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10