Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−12535−VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert F Conklin Sr.
   121 Athenia Avenue
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−3529

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Vincent F. Papalia on:

DATE:
TIME:
LOCATION:

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:           $400,000.00
TOTAL DISBURSEMENTS:      $315,609.54
BALANCE ON HAND:           $84,390.46

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Charles M. Forman, Trustee

COMMISSION OR FEES
$18,908.18

EXPENSES
0.00

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: April 19, 2023
JAN: lc

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-12535-VFP
Robert F Conklin, Sr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Apr 19, 2023      Form ID: 192      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Keller Williams, Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| acc | + | MD Advisory Services, 800 Denow Road, Suite C342, Pennington, NJ 08534-5246 |
| 519150892 | + | City of Clifton, 900 Clifton Avenue, Clifton, NJ 07013-2708 |
| 519313251 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519154993 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Apr 19 2023 20:36:00 | A.Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| intp | | Email/Text: BNC@magtrustee.com | Apr 19 2023 20:37:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| 519165357 | + | Email/Text: bkfilings@zwickerpc.com | Apr 19 2023 20:37:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519150886 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2023 20:39:18 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519150887 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2023 20:36:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519163752 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 19 2023 20:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519160929 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2023 20:36:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519150890 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2023 20:36:00 | Bk Of Amer, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519211003 | + | Email/Text: alexis@multisourcellc.com | Apr 19 2023 20:36:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 519150891 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2023 20:39:34 | Capital One Bank Usa N, Po Box 31293, Salt Lake |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | City, UT 84131-0293 |
| 519150893 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 19 2023 20:36:00 | | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 519157119 | | Email/Text: mrdiscen@discover.com Apr 19 2023 20:36:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519150894 | + | Email/Text: mrdiscen@discover.com Apr 19 2023 20:36:00 | | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 519150895 | + | Email/Text: alexis@multisourcellc.com Apr 19 2023 20:36:00 | | Dnf Assoc, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 519150896 | | Email/Text: reports@halstedfinancial.com Apr 19 2023 20:36:00 | | Halsted, PO Box 828, Skokie, IL 60076 |
| 519150897 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Apr 19 2023 20:36:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519150898 | | Email/PDF: ais.chase.ebn@aisinfo.com Apr 19 2023 20:39:23 | | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519192401 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Apr 19 2023 20:36:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519169329 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 19 2023 20:39:18 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519150899 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 19 2023 20:39:18 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519150901 | + | Email/Text: BKNotice@ldvlaw.com Apr 19 2023 20:36:00 | | Lyons Doughty Veldhuis, 136 Gaither Drive, suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519150902 | ^ | MEBN Apr 19 2023 20:32:02 | | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519150903 | | Email/Text: bankruptcydepartment@tsico.com Apr 19 2023 20:37:00 | | Nationwide Credit, PO Box 15130, Wilmington, DE 19850-5130 |
| 519224030 | | Email/Text: bnc-quantum@quantum3group.com Apr 19 2023 20:37:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519150905 | + | Email/Text: bankruptcyteam@quickenloans.com Apr 19 2023 20:37:00 | | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519195497 | + | Email/Text: bankruptcyteam@quickenloans.com Apr 19 2023 20:37:00 | | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519150904 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Apr 19 2023 20:36:00 | | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519150906 | | Email/Text: bankruptcy@td.com Apr 19 2023 20:37:00 | | Td Bank N.a., P.O. Box 84037, Columbus, GA 31908-4037 |
| 519226369 | + | Email/PDF: ebn_ais@aisinfo.com Apr 19 2023 20:39:17 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519150907 | + | Email/Text: bkfilings@zwickerpc.com Apr 19 2023 20:37:00 | | Zwicker and Associates, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519150888 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519150889 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: 192 | Total Noticed: 39 |

519150900        *            Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2023                                Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didieo | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com |
| Michael E. Holt | on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com |
| Michael E. Holt | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10