**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF NEW JERSEY**

In Re:

    Robert F. Conklin, Sr.

CHAPTER 7
CASE NO. 21-12535-VFP

Order Filed on May 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED,**

**AND NOW**, this _____ day of _____, 2023, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $ __18,908.18_____ is reasonable compensation for the services in this case by Charles M. Forman, Chapter 7 Trustee, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $ _0.00_____ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

**DATED: May 31, 2023**

                                                                  _____
                                                                  Honorable Vincent F. Papalia
                                                                  United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-12535-VFP
Robert F Conklin, Sr.  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 2
Date Rcvd: May 31, 2023   Form ID: pdf903   Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert F Conklin, Sr., 121 Athenia Avenue, Clifton, NJ 07013-2651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary M. Didieo | on behalf of Debtor Robert F Conklin  Sr. gmd@didieolaw.com, didieogr87027@notify.bestcase.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: May 31, 2023 Form ID: pdf903 Total Noticed: 1

Kimberly J. Salomon
    on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com

Michael E. Holt
    on behalf of Trustee Charles M. Forman mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
    on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee mholt@formanlaw.com, kanema@formanlaw.com

Robert J. Schneider
    on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10